UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WALDO TEOTIMO LOPEZ,

    Petitioner,

v.            Case No. 3:26-cv-216-WWB-SJH

WARDEN, NORTH FLORIDA
DETENTION CENTER, et al.,

    Respondents.

_____

**<u>ORDER</u>**

1. Petitioner's request to proceed as a pauper (Doc. 9) is **DENIED as moot**. Petitioner timely paid the filing fee on February 3, 2026.

2. Petitioner's Motion for Leave to File an Amended Petition for Writ of Habeas Corpus (Doc. 11) is **DENIED without prejudice** to Petitioner refiling the motion with a proper signature and including the correct signature date on the amended petition by **July 22, 2026**. *See* Fed. R. Civ. P. 11(a) ("Every pleading, written motion, and other paper must be signed by . . . a party personally if the party is unrepresented.").

3.      The Court directs the **Clerk** to mail Petitioner a blank petition for writ of

habeas corpus form for use in § 2241 cases.

**DONE AND ORDERED** at Jacksonville, Florida, this 22nd day of June, 2026.

_____
Samuel J. Horovitz
United States Magistrate Judge

caw 6/22
c:
Waldo Teotimo Lopez, #A018236064
Counsel of Record