**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

WALDO TEOTIMO LOPEZ,

       *Petitioner*,

v.                                    Case No. 3:26-cv-216-WWB-SJH

WARDEN, NORTH FLORIDA DETENTION
FACILITY, et al.,

       *Respondents*.

_____

## ORDER

THIS CAUSE is before the Court on Petitioner's Motion for Voluntary Dismissal Without Prejudice (Doc. 14). The Motion (Doc. 14) is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41, the Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, on July 13, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Jax-7
Copies to:
Waldo Teotimo Lopez, A018236064
Counsel of record